UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| KEVIN WARE<br>DOC # 513221 | * | CIVIL ACTION NO. 2:12-cv-1772 |
| v. | * | JUDGE MINALDI |
| BURL CAIN, WARDEN | * | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 54) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, consideration of Plaintiff's Objection (Rec. Doc. 55) and Defendant's Response (Rec. Doc. 56), and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the instant application is **DENIED** and **DISMISSED WITH PREJUDICE.**

Lake Charles, Louisiana, this 19 day of February, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE